|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TYLO JEROME FELIX, JR., | Case No.: 1:24-cv-00332-JLT-SKO |
|---|---|
| Plaintiff, | **ORDER LIFTING PREVIOUSLY IMPOSED STAY** |
| v. | **ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |
| C. CAZORES, et al., | |
| Defendants. | |

Plaintiff Tylo Jerome Felix, Jr., is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's constitutional claims against Defendants Cazores, Smotherman, Diaz, Velasquez, and Arreazola.

On July 8, 2024, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 12.) The Court ordered the parties to file notice, within 45 days, indicating whether they believed an early settlement conference would be productive in this matter. (*Id*. at 2.) On August 1, 2024, Plaintiff filed notice indicating he wished to participate in an early settlement conference in this matter. (Doc. 14.) On August 22, 2024, Defendants filed notice indicating they did not wish to participate in an early settlement conference. (Doc. 15.)

Because Defendants do not agree an early settlement conference would be productive, the Court will lift the previously imposed stay and issue a discovery and scheduling order.

**CONCLUSION AND ORDER**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The previously imposed 90-day stay of this is action (Doc. 12) is **LIFTED**; and
2. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **August 23, 2024**                    /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE