|  |  |
|---|---|
| TYLO JEROME FELIX, JR., <br><br> Plaintiff, <br><br> v. <br><br> C. CAZORES, et al., <br><br> Defendants. | Case No.: 1:24-cv-00332 JLT SKO <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT <br><br> (Doc. 34) |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Tylo Jerome Felix, Jr. seeks to hold Defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 24, 2025, the assigned magistrate judge issued Findings and Recommendations, recommending that Defendants' summary judgment motion regarding exhaustion be granted. (Doc. 34.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (*Id*. at 16–17.) The Court also advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) No objections were filed, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on September 24, 2025 (Doc. 34) are **ADOPTED** in full.
2. Defendants' motion for summary judgment (Doc. 26) is **GRANTED**.
3. The Clerk of the Court is directed to enter judgment for Defendants, terminate all pending motions, and to close this case.

IT IS SO ORDERED.

Dated:    **October 29, 2025**

UNITED STATES DISTRICT JUDGE